IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEPHEN CHRISTOPHER PLUNKETT**                                                           **PLAINTIFF**
Reg #36265-177

v.                                        No. 2:23-CV-00116-LPR

**MERRICK B. GARLAND, et al.**                                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin and the Plaintiff's Objections.[1] After a *de novo* review of the RD, along with careful consideration of the Plaintiff's Objections and the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Plaintiff's claims are DISMISSED without prejudice for failing to state a plausible constitutional claim for relief. Plaintiff's Motion for TRO and Preliminary Injunction (Doc. 18) is DENIED as moot. The Clerk of the Court is instructed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 18th day of December 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 20, 22, & 23.

[2] There is one correction. The Magistrate Judge accidentally refers to the Plaintiff as Mr. Plummer in the RD's conclusion section. She obviously meant Mr. Plunkett.